IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

A STRONG CITY, et al.,

      Plaintiffs,                          Case No. 2:24-cv-3669

      v.                                **District Judge Michael H. Watson**

UNITED STATES DISTRICT             **Magistrate Judge Kimberly A. Jolson**
COURT FOR THE SOUTHERN
DISTRICT OF OHIO, et al.,

      Defendants.

### ORDER AND REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiffs' Motion for Leave to Proceed *in forma pauperis*. (Doc. 1). The motion provides financial information for Plaintiff A Strong City only, which is described as "an Ohio domestic nonprofit charitable corporation." (Doc. 1 at 1–2). But only natural persons, and not artificial entities, can proceed *in forma pauperis*. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 196 (1993). What's more, while Plaintiff Wenmoth is a natural person who could proceed *in forma pauperis*, the Motion includes no financial information for him. (Doc. 1 at 1–2). Therefore, the Undersigned **RECOMMENDS** that the Motion for Leave to Proceed *in forma pauperis* (Doc. 1) be **DENIED**. If Plaintiff Wenmoth wishes to proceed *in forma pauperis* on his own behalf, he is **ORDERED** to file a revised motion **within thirty (30) days of this Order**. Otherwise, if this recommendation is adopted, the Undersigned **RECOMMENDS** that Plaintiff be required to pay the filing fee within **seven (7) days** of adoption.

Further, Plaintiff Wenmoth appears to be attempting to proceed *pro se* on behalf of Plaintiff A Strong City, although he is not an attorney. (*See* Doc. 1-1 at 8 (signing the complaint on behalf of both Plaintiffs)). But nonprofit corporations may only appear in federal court through a licensed

attorney admitted to practice in this Court.  *See Moorish Science Temple of Am. v. Mich.*, No. 14-cv-12166, 2014 WL 2711945, at *1–2 (E.D. Mich. June 16, 2014) (collecting cases).  Therefore, the Undersigned **GRANTS** Plaintiff A Strong City **thirty (30) days from the date of this Order** to obtain and have counsel appear in this case on its behalf.  Failure to do so will result in a recommendation that this case be dismissed as to Plaintiff A Strong City for failure to prosecute.

      IT IS SO ORDERED.


Date: July 31, 2024                                      /s/Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE